**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| LAUREN ASHLEY MORGAN et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>REALPAGE, INC. et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01712-RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF** |

1  Upon Plaintiffs' motion for leave to exceed the page limits of Local Rule 7(e)(4) for
2  Plaintiffs' Motion to Appoint Interim Co-Lead Counsel for the Multifamily Plaintiffs, and good
3  cause appearing, therefore,
4  IT IS HEREBY ORDERED that plaintiffs shall have leave to file a brief of 26 pages in
5  support of their Motion to Appoint Interim Co-Lead Counsel for the Multifamily Plaintiffs.

Dated this 21st day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge