UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP, INC.; SARES REGIS GROUP OPERATING, INC.; MISSION ROCK RESIDENTIAL, LLC; and MORGAN GROUP, INC.,<br><br>Defendants. | No. 2:22-cv-01712-RSL<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland (collectively, "Plaintiffs") and Defendants Sares Regis Group Operating, Inc. and Morgan Group, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel,[1] hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 2, 2022.  ECF No. 1.

WHEREAS, Plaintiffs served the Stipulating Defendants with process on or about December 7, 8, 9, 12, and 14, 2022.

WHEREAS, Plaintiffs and the Stipulating Defendants are not aware whether The Irvine Company, LLC, ZRS Management, LLC, and CWS Apartment Homes, LLC are yet represented by counsel.

WHEREAS, the Complaint asserts a claim under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Defendants named in the Complaint are named in multiple other lawsuits, in District Courts in Colorado, Massachusetts, Texas, and Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, on November 28, 2022, this Court entered in *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

---

[1] Sares Regis Group Operating, Inc. is still in the process of retaining local counsel for this action and has been represented by the national counsel listed in the signature block below.

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712
1

WHEREAS, on December 6, 2022, Judge Barbara J. Rothstein entered in *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), which is now pending before this Court, an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 8, 2022, Defendant Equity Residential filed a Motion to Transfer the instant case to the Southern District of California.

WHEREAS, on December 12, 2022, Judge Robert S. Lasnik entered in *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 19, 2022, the Stipulating Plaintiffs filed a Motion to Consolidate this matter with other matters pending in the Western District of Washington related to claims under Section 1 of the Sherman Act for alleged use of Real Page, Inc.'s revenue management software.

WHEREAS, Plaintiffs have submitted a proposed order, pursuant to their Motion to Consolidate, that if entered, would order consolidated complaints for, respectively, a Multifamily Housing class and a Student Housing Class, to be filed 45 days after the granting of the Order.

WHEREAS, on December 21, 2022, this Court entered an order that is essentially identical to the subjoined order based on a Stipulation between Plaintiffs and other Defendants named in the Complaint that is essentially identical to this one. ECF No. 83.

WHEREAS, Stipulating Defendants have agreed to participate in the meet and confer process previously stipulated to by Plaintiffs and other Defendants named in the Complaint, ECF No. 83, and will join in the status report to be filed with the Court by January 18, 2023, related to a schedule for the case.

WHEREAS, in light of actions filed recently in the District of Colorado, the District of Massachusetts, and the Western District of Texas and otherwise, the Stipulating Defendants

1  may file or join motions pursuant to 28 U.S.C. § 1407 or 28 U.S.C. § 1404 to transfer this case
2  to the Northern District of Texas.  In making this stipulation, the Stipulating Defendants do not
3  waive, in this or any other action, any (i) defenses or arguments for dismissal that may be
4  available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other
5  statutory or common law defenses that may be available; or (iv) right to seek or oppose any
6  reassignment, transfer, or consolidated alternatives.  The Stipulating Defendants expressly
7  reserve their rights to raise any such defenses (or any other defense) in response to either the
8  Complaint or any original, amended, or consolidated complaint that may be filed in this or any
9  other action.

THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 28th day of December, 2022.

| | |
|---|---|
| s/ *Steve W. Berman*<br>Steve W. Berman (WSB No. 12536)<br>steve@hbsslaw.com<br>Breanna Van Engelen (WSB No. 49213)<br>breannav@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>*Counsel for Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland Individually and on Behalf of All Others Similarly Situated* | s/ *Valentine S. Hoy*<br>Valentine S. Hoy, Esq. (*pro hac vice forthcoming*)<br>vhoy@allenmatkins.com<br>Allen Matkins Leck Gamble Mallory & Natsis LLP One American Plaza, 600 West Broadway,<br>27th Floor<br>San Diego, CA 92101-0903<br>Telephone: (619)-235-1521<br><br>*Counsel for Defendant Sares Regis Group Operating, Inc.*<br><br>s/ *Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>Kevin C. Baumgardner, WSBA No. 14263<br>bmarksdias@corrcronin.com<br>kbaumgardner@corrcronin.com<br>CORR CRONIN LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA  98104-1001<br>Telephone: (206) 625-8600<br><br>s/ *Joel R. Glover*<br>David T. Moran (*pro hac vice forthcoming*)<br>dmoran@jw.com<br>JACKSON WALKER LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>Telephone: (214) 953-6051<br><br>Joseph A. Fischer, III (*pro hac vice forthcoming*)<br>tfischer@jw.com<br>Joel R. Glover (*pro hac vice forthcoming*)<br>jglover@jw.come<br>JACKSON WALKER LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>Telephone: (713) 752-4226<br><br>*Counsel for Defendant Morgan Group, Inc.* |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712
4

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants Sares Regis Group Operating, Inc. and Morgan Group, Inc., to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and Defendants Sares Regis Group Operating, Inc. and Morgan Group, Inc., shall meet and confer and file a status report with the Court by January 18, 2023.

Dated this 29th day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01712
5