1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

LAUREN ASHLEY MORGAN; ERIK BARNES;
SHERRY BASON; LOIS WINN; GEORGES
EMMANUEL NJONG DIBOKI; JULIA SIMS; and
SOPHIA WOODLAND, individually and on behalf
of all others similarly situated,

            Plaintiffs,

      v.

 REALPAGE, INC.; GREYSTAR REAL ESTATE
PARTNERS, LLC; LINCOLN PROPERTY CO.;
CUSHMAN & WAKEFIELD, INC.; FPI
MANAGEMENT, INC.; RPM LIVING, LLC; BH
MANAGEMENT SERVICES, LLC; MID-
AMERICA APARTMENT COMMUNITIES, INC.;
MORGAN PROPERTIES, LLC; AVENUE5
RESIDENTIAL, LLC; BOZZUTO
MANAGEMENT COMPANY; AVALONBAY
COMMUNITIES, INC.; HIGHMARK
RESIDENTIAL, LLC; EQUITY RESIDENTIAL;
THE IRVINE COMPANY, LLC; ESSEX
PROPERTY TRUST, INC.; ZRS MANAGEMENT,
LLC; CAMDEN PROPERTY TRUST; UDR, INC.;
CONAM MANAGEMENT CORPORATION;
CORTLAND PARTNERS, LLC; THRIVE
COMMUNITIES MANAGEMENT, LLC;
SECURITY PROPERTIES INC.; CWS
APARTMENT HOMES, LLC; PROMETHEUS
REAL ESTATE GROUP, INC.; SARES REGIS
GROUP OPERATING, INC.; MISSION ROCK
RESIDENTIAL, LLC; and MORGAN GROUP,
INC.,,

            Defendants.

CASE NO. 2:22-CV-01712-RSL

SECURITY PROPERTIES, INC.'S
STIPULATED MOTION TO JOIN
STIPULATED MOTION AND
ORDER SUSPENDING DEADLINE
FOR CERTAIN DEFENDANTS TO
RESPOND TO COMPLAINT

25

26

27

      Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lauren Ashley Morgan,

Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1   Woodland (collectively, "Plaintiffs") and Defendant Security Properties, Inc., by and through their

2   respective counsel, hereby stipulate as follows:

3       WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 2,

4   2022.  ECF No. 1.

5       WHEREAS, Plaintiffs served the Defendant Security Properties, Inc., with process on or

6   about December 12, 2022.

7       WHEREAS, Plaintiffs and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC,

8   Lincoln Property Co., Cushman & Wakefield, Inc., FPI Management, Inc., BH Management

9   Services, LLC, Mid-America Apartment Communities, Inc., Bozzuto Management Company,

10  AvalonBay Communities, Inc., Highmark Residential, LLC, Equity Residential, Essex Property

11  Trust, Inc., Camden Property Trust, UDR, Inc., Thrive Communities Management, LLC, and

12  Prometheus Real Estate Group, Inc., (collectively, the "Certain Defendants") filed the Stipulated

13  Motion and Order Suspending Deadline For Certain Defendants To Respond To Complaint

14  ("Certain Defendants Motion") on December 20, 2022.

15      WHEREAS, Defendant Security Properties, Inc. is similarly situated with respect to the

16  facts presented and knowledge of other similar pending matters as presented in the Certain

17  Defendants Motion.

18      WHEREAS, on December 21, 2022, the Honorable Judge Lasnik entered an Order

19  suspending the deadline for the Certain Defendants to answer, move to dismiss, or otherwise

20  respond to the Complaint, and set a January 18, 2023, deadline the Plaintiffs and Certain

21  Defendants to meet and confer and file a status report with the Court.

22      WHEREAS, Plaintiffs and Security Properties, Inc. have conferred and agreed that party

23  and judicial efficiency would be best served by suspending, for a short period of time, the deadline

24  for the Security Properties, Inc. to answer, move to dismiss, or otherwise respond to the Complaint.

25      WHEREAS, Plaintiff and Security Properties, Inc. have agreed to meet and confer and file

26  a status report with the Court by January 18, 2023, related to a schedule for the case.

27      THEREFORE, Plaintiffs and Security Properties, Inc. stipulate and agree to suspend the

SECURITY PROPERTIES, INC.'S STIPULATED MOTION TO JOIN
STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR
CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 2
CASE NO. 2:22-cv-01712

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  deadline for Security Properties, Inc. to answer, move to dismiss, or otherwise respond to the

2  Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

3

4          STIPULATED to this 29th day of December, 2022.

5

6   _s/ Steve W. Berman_
    Steve W. Berman (WSB No. 12536)

7   steve@hbsslaw.com
    Breanna Van Engelen (WSB No. 49213)

8   breannav@hbsslaw.com
    **HAGENS BERMAN SOBOL SHAPIRO LLP**

9   1301 Second Avenue, Suite 2000
    Seattle, WA 98101

10  Telephone: (206) 623-7292

11  *Counsel for Plaintiffs Morgan, Barnes, Bason,*
    *Winn, Diboki, Sims, and Woodland, and on*

12  *Behalf of All Others Similarly Situated*

13   _s/ J. Dino Vasquez_
    J. Dino Vasquez, WSBA #25533

14  Nathan T. Paine, WSBA #34487

15  Jason J. Hoeft, WSBA #39547
    Jacque E. St. Romain, WSBA #44167

16  Joshua R.M. Rosenberg, WSBA #58365
    **KARR TUTTLE CAMPBELL**

17  701 Fifth Avenue, Suite 3300

18  Seattle, WA 98104
    Telephone:  206-223-1313

19  Facsimile:  206-682-7100
    Email:  dvasquez@karrtuttle.com

20  Email:  npaine@karrtuttle.com

21  Email:  jhoeft@karrtuttle.com
    Email:  jstromain@karrtuttle.com

22  Email:  jrosenberg@karrtuttle.com

23  *Attorneys for Security Properties, Inc.*

24

25

26

27

SECURITY PROPERTIES, INC.'S STIPULATED MOTION TO JOIN
STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR
CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 3
CASE NO. 2:22-cv-01712

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**ORDER**

THIS MATTER came before the Court on the Security Properties, Inc.'s Stipulated Motion to Join Stipulated Motion and Order Suspending Deadline for Certain Defendants to Respond to Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendant Security Properties, Inc., to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and Defendant Security Properties, Inc., shall meet and confer and file a status report with the Court by January 18, 2023.

Dated this 29th day of December, 2022.

Robert S. Lasnik
United States District Judge

SECURITY PROPERTIES, INC.'S STIPULATED MOTION TO JOIN
STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR
CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 4
CASE NO. 2:22-cv-01712

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100