The Honorable Robert S. Lasknik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC., et al.,<br><br>Defendants. | No. 2:22-cv-01712-RSL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL CIVIL RULE 83.2(b)(3)<br><br>*Clerk's Action Required* |

PLEASE TAKE NOTICE that effective as of this date Fred B. Burnside and MaryAnn Almeida withdraw as attorneys of record for Defendant Mission Rock Residential, LLC. Mission Rock Residential, LLC will continue to be represented by Rachel Tallon Reynolds of Lewis Brisbois Bisgaard & Smith [Dkt. 105].

DATED this 29th day of December, 2022.

Davis Wright Tremaine LLP
*Withdrawing Attorneys for Defendant Mission Rock Residential, LLC*

By *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #3249

By *s/ MaryAnn Almeida*
    MaryAnn Almeida, WSBA #49086

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Phone: (206) 622-3150; Fax: (206) 757-7700
Email: fredburnside@dwt.com
Email: maryannalmeida@dwt.com

NOTICE OF WITHDRAWAL (2:22-cv-01712-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | *Attorneys for Defendant Mission Rock Residential, LLC* |
| 2 | |
| 3 | By *s/ Rachel Tallon Reynolds* |
| | Rachel Tallon Reynolds, WSBA 38750 |
| 4 | 1111 Third Avenue, Suite 2700 |
| | Seattle, WA 98101 |
| 5 | Phone: (206) 436-2020; Fax: (206) 436-2030 |
| | Email: Rachel.Reynolds@lewisbrisbois.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF WITHDRAWAL (2:22-cv-01712-RSL) - 2