UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP, INC.; SARES REGIS GROUP OPERATING, INC.; MISSION ROCK RESIDENTIAL, LLC; and MORGAN GROUP, INC.,<br><br>                Defendants. | No. 2:22-cv-01712<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT ZRS MANAGEMENT, LLC TO RESPOND TO COMPLAINT |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT TO RESPOND TO
COMPLAINT
No. 2:22-cv-01712

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland (collectively, "Plaintiffs") and Defendant ZRS Management, LLC ("Stipulating Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 2, 2022.  ECF No. 1.

WHEREAS, Plaintiffs served the Stipulating Defendant with process on or about December 9, 2022.

WHEREAS, the Complaint asserts a claim under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the Stipulating Defendant is named in one other lawsuit in District Court in Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, Plaintiffs and the Stipulating Defendant have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendant to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, Plaintiff and the Stipulating Defendant have agreed to meet and confer and file a status report with the Court by January 18, 2023 related to a schedule for the case.

WHEREAS, on November 28, 2022, this Court entered in *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 6, 2022, Judge Barbara J. Rothstein entered in *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), which is now pending before this Court, an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 8, 2022, Defendant Equity Residential filed a Motion to Transfer the instant case to the Southern District of California.

WHEREAS, on December 12, 2022, Judge Robert S. Lasnik entered in *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 19, 2022, the Stipulating Plaintiffs filed a Motion to Consolidate this matter with other matters pending in the Western District of Washington related to claims under Section 1 of the Sherman Act for alleged use of Real Page, Inc.'s revenue management software;

WHEREAS, Plaintiffs have submitted a proposed order, pursuant to their Motion to Consolidate, that if entered, would order consolidated complaints for, respectively, a Multifamily Housing class and a Student Housing Class, to be filed 45 days after the granting of the Order;

WHEREAS, in light of actions filed recently in the District of Colorado, the District of Massachusetts, and the Western District of Texas, the Stipulating Defendant and other Defendants intend on filing a motion pursuant to 28 U.S.C. § 1407 or, possibly, 28 U.S.C. § 1404, to transfer this case to the Northern District of Texas. In making this stipulation, the Stipulating Defendant does not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives. The Stipulating Defendant expressly reserves its rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiffs and the Stipulating Defendant stipulate and agree to suspend the deadline for the Stipulating Defendant to answer, move to dismiss, or otherwise respond to

the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 29th day of December, 2022.

| | |
|---|---|
| s/ *Steve W. Berman* | s/ *Eric Goldberg* |
| Steve W. Berman (WSB No. 12536) | Eric Goldberg (WSB No. 57495) |
| steve@hbsslaw.com | eric.goldberg@akerman.com |
| Breanna Van Engelen (WSB No. 49213) | AKERMAN LLP |
| breannav@hbsslaw.com | 750 9th Street, N.W. Suite 750 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Washington, DC, 20001 |
| 1301 Second Avenue, Suite 2000 | |
| Seattle, WA 98101 | Ferdose al-Taie (*pro hac vice* pending) |
| Telephone: (206) 623-7292 | Ferdose.al-taie@akerman.com |
| | AKERMAN LLP |
| *Counsel for Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland Individually and on Behalf of All Others Similarly Situated* | 2001 Ross Avenue, Suite 3600 |
| | Dallas, Texas 75201 |
| | |
| | Ryan C. Krone (*pro hac vice* pending) |
| | Ryan.krone@akerman.com |
| . | AKERMAN LLP |
| | 1300 Post Oak Blvd., Suite 2300 |
| | Houston, Texas 77056 |
| | |
| | *Counsel for Defendant ZRS Management, LLC* |

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Defendant ZRS Management, LLC to Respond to the Complaint. Now, therefore, IT IS HEREBY ORDERED THAT:

The deadline for Defendant ZRS Management, LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and Defendant ZRS Management, LLC shall meet and confer and file a status report with the Court by January 18, 2023.

Dated this 30th day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge