1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
23
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAUREN ASHLEY MORGAN, *et al.*,

        Plaintiffs,

    v.

REALPAGE, INC., *et al.*,

        Defendants.

Cause No. C22-1712RSL

ORDER DENYING MOTION
TO TRANSFER

This matter comes before the Court on "Defendant Equity Residential's Motion to Transfer Case to the Southern District of California." Dkt. # 20. Having reviewed the memoranda, declarations, and exhibits submitted by the parties in connection with this motion as well as the dockets in the eleven related cases that are currently pending in this district, the Court finds as follows:

In the circumstances presented here, where plaintiff's counsel voluntarily dismissed two cases pending before two different judicial officers in two different district courts in favor of filing a single action in this district, where various plaintiffs are coordinating substantially identical cases against RealPage and associated lessors that were filed throughout the country, where the first-filed action in this district (which was randomly assigned to the undersigned) involved the student housing market while the challenge asserted herein involves the multifamily housing market, and where the judges of this district had not even begun discussing

ORDER DENYING MOTION TO TRANSFER - 1

a transfer to the undersigned until after the above-captioned matter was filed in this district, the sequence of the case filings and plaintiffs' uniform failure to notify courts of cases pending in other districts do not create an appearance of judge-shopping.

For all of the foregoing reasons, defendant Equity Residential's motion to transfer is DENIED.

Dated this 9th day of January, 2023.

*Mr S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO TRANSFER - 2