THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN, et. al, <br><br> Plaintiffs, <br><br> vs. <br><br> REALPAGE, INC.; et al., <br><br> Defendants. | Case No. 2:22-cv-01552-RSL <br><br> **DECLARATION OF SAMUEL J. STRAUSS IN SUPPORT OF INTERVENING PLAINTIFFS MOTION TO DENY THE NAVARRO AND MORGAN PLAINTIFFS' MOTIONS FOR CONSOLIDATION AND APPOINTMENT OF CLASS COUNSEL** <br><br> NOTE ON MOTION CALENDAR: <br> February 3, 2023 |

I, Samuel J. Strauss, declare as follows:

1. I am a partner at the law firm Turke & Stauss LLP. I am admitted in the Western District of Washington. I am local counsel for Zachary Corradino, Samantha Reyes, Priscilla Parker, Patrick Parker, Barry Amar-Hoover, Jeremy Enders, and Mary Bertlshofer ("Intervening Plaintiffs"), who are Plaintiffs in the following cases filed outside this District:

DECLARATION OF SAMUEL J. STRAUSS IN SUPPORT OF INTERVENING PLAINTIFFS MOTION TO DENY THE NAVARRO AND MORGAN PLAINTIFFS' MOTIONS FOR CONSOLIDATION AND APPOINTMENT OF CLASS COUNSEL - 1
Case No. 2:22-cv-01712-RSL

**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

- *Corradino, et al. v. RealPage, Inc., et al.*, No. 1:23-cv-20165 (S.D. Fla. Jan. 13, 2023). Mr. Corradino and Ms. Reyes seek to represent putative classes of renters from the Miami, Tampa, Orlando, and Jacksonville, Florida metro areas.

- *Parker, et al. v. RealPage, Inc., et al.*, No. 1:23-cv-20160 (S.D. Fla. Jan. 13, 2023). Mr. and Mrs. Parker, and Barry Amar-Hoover seek to represent putative classes of renters from the Miami, Tampa, Orlando, and Jacksonville, Florida metro areas.

- *Enders v. RealPage, Inc., et al.*, No. 1:23-cv-00055 (D. Colo. Jan. 9, 2023). Mr. Enders seeks to represent a putative class of renters from the Denver, Colorado metro area.

- *Bertlshofer v. RealPage, Inc., et al.*, No. 2:23-cv-00018-RSL (D. Ariz. Jan. 5, 2023). Ms. Bertlshofer seeks to represent a putative class of renters in the Phoenix, Arizona metro area.

2. I submit this declaration in support of the Intervening Plaintiffs' motion to intervene in the above-captioned actions ("*Narvarro* and *Morgan* Actions") for the limited purpose of responding to the pending motion to consolidate certain cases in Western District of Washington against RealPage, Inc. ("RealPage"), *Navarro v. RealPage, Inc., et al.*, No. 2:22-cv-01552-RSL ("*Navarro*"), Dkt. No. 64 at 1 ("Consolidation Motion"); and the separate, but related, motion to appoint lead counsel in the "multi-family suits," and *Morgan v. RealPage, Inc., et al.*, No. 2:22-cv-01712-RSL ("*Morgan*"), Dkt. No. 52 at 1 ("Leadership Motion").

3. Intervening Plaintiffs ask this Court to deny both the Consolidation Motion and the Leadership Motion without prejudice.

4. Plaintiffs in the following eight related actions pending outside this District support the relief requested by Intervening Plaintiffs: (1) *Weaver v. RealPage, Inc., et al.*, No. 1:22-cv-03224 (D. Colo. Dec. 14, 2022); (2) *White v. RealPage, Inc., et al.*, No. 1:22-cv-12134 (D. Mass. Dec. 16, 2022); (3) *Vincin, et al. v. RealPage, Inc., et al.*, No. 1:22-cv-01329 (W.D. Tex. Dec. 19, 2022); (4) *Carter v. RealPage, Inc., et al.*, No. 1:22-cv-1332 (W.D. Tex. Dec. 19,

DECLARATION OF SAMUEL J. STRAUSS IN SUPPORT
OF INTERVENING PLAINTIFFS MOTION TO DENY
THE NAVARRO AND MORGAN PLAINTIFFS'
MOTIONS FOR CONSOLIDATION AND APPOINTMENT
OF CLASS COUNSEL - 2
Case No. 2:22-cv-01712-RSL

**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

2022); (5) *Mackie v. RealPage, Inc., et al.*, No. 1:23-cv-00011 (D. Colo. Jan. 3, 2023); (6) *Watters v. RealPage, Inc., et al.*, No. 3:22-cv-01082 (M.D. Tenn. Dec. 30, 2022); (7) *Kramer v. RealPage, Inc., et al.*, No. 1:22-cv-03835 (D.D.C. Dec. 29, 2022); and (8) *Precht v. RealPage, Inc., et al.*, No. 1:22-cv-12230 (D. Mass. Dec. 29, 2022).

5. Plaintiff in *Boelens v. RealPage, Inc., et al.*, No. 2:22-cv-01802 (W.D. Wash. Dec. 20, 2022) also supports the relief requested by Intervening Plaintiffs.

6. Intervening Plaintiffs, and plaintiffs to the actions listed in paragraphs 4 and 5 above, intend to respond to Defendants' motion for transfer and consolidation under 28 U.S.C. §1407 ("1407 Motion") of various cases alleging antitrust violations in the multi-family rental housing markets of several geographic regions, pending before the Judicial Panel on Multidistrict Litigation ("Panel"). *See In re: Apartment Rental Software Antitrust Litigation*, Case MDL No. 3071, Dkt. No. 1. These plaintiffs support consolidation and centralization of the related cases by the Panel, but in response to the 1407 Motion will seek the transfer of these actions to a jurisdiction other than Western District of Washington—one that is more conveniently located for all parties and their counsel, and closer to the evidence at issue.

7. Intervening Plaintiffs, and plaintiffs to the actions listed in paragraphs 4 and 5 above, do not support the appointment of the leadership group proposed by the Leadership Motion. After the Panel has centralized all related actions before one court, these plaintiffs intend to submit their own competing leadership motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 16th day of January, 2023, at Chicago, Illinois.

By: /s/ *Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971

DECLARATION OF SAMUEL J. STRAUSS IN SUPPORT
OF INTERVENING PLAINTIFFS MOTION TO DENY
THE NAVARRO AND MORGAN PLAINTIFFS'
MOTIONS FOR CONSOLIDATION AND APPOINTMENT
OF CLASS COUNSEL - 3
Case No. 2:22-cv-01712-RSL

**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com