UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN ASHLEY MORGAN; ERIK BARNES; SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP, INC.; SARES REGIS GROUP OPERATING, INC.; MISSION ROCK RESIDENTIAL, LLC; and MORGAN GROUP, INC.,<br><br>Defendants. | No.: 2:22-cv-01712-RSL<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINES FOR DEFENDANT CWS APARTMENT HOMES, LLC TO RESPOND TO COMPLAINT |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINES FOR DEFENDANT CWS APARTMENT HOMES, LLC TO RESPOND TO COMPLAINT
2:22-CV-01712-RSL- 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland (collectively, "Plaintiffs") and Defendant CWS Apartment Homes, LLC ("CWS"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 2, 2022. ECF No. 1;

WHEREAS, Plaintiffs and certain other Defendants ("Stipulating Defendants") entered a Stipulation that, for purposes of judicial efficiency, would temporarily suspend the date for the Stipulating Defendants to file a responsive pleading to the Complaint;

WHEREAS, the Court subsequently entered an Order [ECF No. 83] that, inter alia, suspended the date for the Stipulating Defendants to respond to the Complaint, and required Plaintiffs and the Stipulating Defendants to submit a status report by January 18, 2023 ("January Status Report");[1] and

WHEREAS, Plaintiffs and CWS believe that judicial efficiency would be served by suspending the date for CWS to move, answer or otherwise respond to the Complaint so that the Court can consider the January Status Report.

In making this stipulation, CWS does not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives.

---

[1] Substantially identical stipulations have been entered by this Court in Navarro v. RealPage, Inc. et al., No. 2:22-cv-01552 (W.D. Wash.); Alvarez et al. v. RealPage, Inc. et al., No. 2:22-cv-01617 (W.D. Wash.); Cherry et al. v. RealPage, Inc. et al., No. 2:22-cv-01618 (W.D. Wash.); and Armas et al. v. RealPage et al., No. 2:22-cv-01726 (W.D. Wash.).

STIPULATED MOTION AND ORDER SUSPENDING DEADLINES FOR DEFENDANT CWS APARTMENT HOMES, LLC TO RESPOND TO COMPLAINT
2:22-CV-01712-RSL- 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

THEREFORE, Plaintiffs and Defendant CWS Apartment Homes, LLC stipulate and agree to suspend the deadline for CWS Apartment Homes, LLC to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the proposed order pursuant to this stipulation.

DATED this 18th day of January, 2023.

| HAGENS BERMAN SOBOL SHAPIRO LLP | STOKES LAWRENCE, P.S. |
|---|---|
| By: */s/ Steve W. Berman*<br>   Steve W. Berman (WSBA #12536)<br>   steve@hbsslaw.com | By: */s/ Bradford J. Axel*<br>   Bradford J. Axel (WSBA #29269)<br>   Bradford.Axel@stokeslaw.com |
| By: */s/ Breanna Van Engelen*<br>   Breanna Van Engelen WSBA #49213)<br>   breannav@hbsslaw.com<br>   1301 Second Avenue, Suite 2000<br>   Seattle, WA 98101 | By: */s/ Valerie A. Walker*<br>   Valerie A. Walker (WSBA #52584)<br>   Valerie.Walker@stokeslaw.com<br>   1420 Fifth Avenue, Suite 3000<br>   Seattle, WA 98101 |
| Attorneys for Plaintiffs Lauren Ashley Morgan, Erik Barnes, Sherry Bason, Lois Winn, Georges Emmanuel Njong Diboki, Julia Sims, and Sophia Woodland Individually and on Behalf of All Others Similarly Situated | ARENTFOX SCHIFF LLP<br><br>By: */s/ Ann H. MacDonald*<br>   Ann H. MacDonald (*pro hac vice* application forthcoming)<br>   ann.macdonald@afslaw.com<br>   233 South Wacker Drive, Suite 7100<br>   Chicago, IL 60606<br><br>Attorneys for Defendant CWS Apartment Homes, LLC |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINES FOR DEFENDANT CWS APARTMENT HOMES, LLC TO RESPOND TO COMPLAINT
2:22-CV-01712-RSL- 3

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Defendant CWS Apartment Homes, LLC to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

Consistent with this Court's Order of December 21, 2022 [ECF No. 83], the deadline for Defendant CWS Apartment Homes, LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended pending the Court's consideration of the January Status Report.

Dated this 19th day of January, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SUSPENDING DEADLINES FOR DEFENDANT CWS APARTMENT HOMES, LLC TO RESPOND TO COMPLAINT
2:22-CV-01712-RSL- 4

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000